H. D. Mirick and H. H. Brown v. Charles E. Morton. No. 11,890. (64 Pac. 609.) Error from Labette district court. Opinion filed April 6, 1901. *Affirmed.* Blue & Glasse, for plaintiffs in error. W. D. Atkinson, for defendant in error.

Mary Blackburn v. Benjamin Ballance *et al.* No. 11,907. (64 Pac. 1112.) Error from court of appeals, northern department. Opinion filed April 6, 1901. *Affirmed.* Hutchings & Keplinger, and Silas Porter, for plaintiff in error. J. O. Fife, and W. L. Wood, for defendants in error.

The City of Paola v. Lincoln Flanagan, *County Clerk.* No. 11,911. (64 Pac. 620.) Error from Miami district court. Opinion filed April 6, 1901. *Dismissed.* Jos. P. Trickett, and J. E. Maxwell, for plaintiff in error. Sheldon & Sheldon, for defendant in error.

Gracie Jones *et al.* v. B. E. McProud *et al.* No. 11,921. (64 Pac. 602.) Original proceeding in mandamus. Opinion filed April 6, 1901. *Writ denied.* Morse & Casebier, and A. M. Thomas, for plaintiffs. Gilluly & Stanley, for defendants.